**KURKOWSKI LAW, LLC**
*By: Daniel M. Kurkowski, Esquire*
1252 Route 109 S.
Cape May, New Jersey 08204
(609) 884-1788; Fax (609) 884-1163
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN, NEW JERSEY

| | |
|---|---|
| JOHN J. GRAULE,<br><br>*Plaintiff,*<br><br>v.<br><br>ROSS ENVIRONMENTAL ENTERPRISES, LLC; EXTERMINATING BY ROSS, INC.; HARRY ROSS and JOHN DOE PARTIES (Plural 1-5 and 6-10), jointly, severally and in the alternative,<br><br>*Defendants.* | Civil Action No.: 1:18-cv-09530-NLH-AMD<br><br>Civil Action<br><br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

It is hereby stipulated by and between the parties, that Plaintiff's Complaint and all claims by, between, and among the parties are dismissed with prejudice and without an award of attorneys' fees, costs, or expenses to any party.

Kurkowski Law, LLC
Attorneys for Plaintiff

By: _____
Daniel M. Kurkowski, Esq.

Dated: August 8, 2018

Slotnick & Schwartz
Attorneys for Defendants

By: _____
Leonard T. Schwartz, Esq

Dated: August 8, 2018